### ROSENBLATT AND MILLS *v.* NICK MATHIS (13287)

O'CONNELL, LANDAU and SPEAR, Js.

Argued March 23—decision released April 25, 1995

*Nick Mathis,* pro se, the appellant (defendant).
*David S. Gordon,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.